No. 454. PERKINS, SECRETARY OF LABOR, ET AL. *v.* ELG; and

No. 455. ELG *v.* PERKINS, SECRETARY OF LABOR, ET AL. December 5, 1938. Petitions for writs of certiorari to the Court of Appeals for the District of Columbia granted. *Solicitor General Jackson* and *Mr. Green H. Hackworth* for petitioners in No. 454 and respondents in No. 455. *Mr. Henry F. Butler* for Elg. Reported below: 69 App. D. C. 175; 99 F. 2d 408.

No. 441. ELECTRIC STORAGE BATTERY CO. *v.* SHIMADZU ET AL. December 5, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Messrs. Augustus B. Stoughton* and *Hugh M. Morris* for petitioner. *Messrs. Edmund B. Whitcomb* and *Geo. Whitefield Betts, Jr.* for respondents.

No. 453. UNITED STATES TRUST CO., EXECUTOR, *v.* COMMISSIONER OF INTERNAL REVENUE. December 5, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Wilder Goodwin* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Mr. Sewall Key* and *Helen R. Carloss* for respondent.

No. 460. LANE *v.* WILSON ET AL. December 12, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted. *Mr. Charles A. Chandler* for petitioner. *Messrs. Joseph C. Stone* and *Charles A. Moon* for respondents.

No. 466. HONOLULU OIL CORP. ET AL. *v.* HALLIBURTON ET AL.; and